THOMAS W. BUTTS et al., Appellants, *v.* MARIE J. C. CAREY et al., Respondents.

Reported below, 143 App. Div. 356.
(Submitted May 15, 1911; decided May 19, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1911, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial in an action for partition and to establish a lien on real property.

The motion was made upon the ground that the reversal was upon questions of fact as well as law and, therefore, not appealable to the Court of Appeals.

*Louis O. Van Doren* for motion.

*P. J. Dobson* opposed.

Motion denied, with ten dollars costs.